SAMUEL H. HUN, Respondent, v. JOSEPH G. McMAHON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD S. MACAULEY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and dismiss the information on the ground that the People failed to establish the crime charged beyond a reasonable doubt.

JOHN A. MULLIGAN, Appellant, v. MICWIEL COMPANY, INC., et al., Respondents, et al., Defendants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDWARD HAYES, Respondent, v. MORRIS CASHMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Trustee under the Will of HENRY H. MAN, Deceased, Respondent. ADDIE M. HOWELL et al., as Executrices of WILHELMINA H. MAN, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [181 Misc. 911.] [See 268 App. Div. 768.]

In the Matter of CITY BANK FARMERS TRUST COMPANY et al., as Executors of EDWARD E. B. ADAMS, Deceased, Respondents, for a Determination of the Right of ELIZABETH C. ADAMS to Elect under Section 18 of the Decedent Estate Law to Take against the Provisions of the Will. ELIZABETH C. ADAMS, Appellant; SAFFORD ADAMS et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [182 Misc. 937.]

CELIA MISHKIN, Respondent, v. MORRIS MISHKIN et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ALBERT JARW, Appellant, v. MALLARY CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

TANENBAUM TEXTILE CO., INC., Appellant, v. KATO BUSSAN KAISKA, LTD., Defendant, and TINSELTEX IMPORTING CO., INC., Defendant-Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ALICE KREISLER, Appellant, v. LEO TAUB et al., Copartners under the Name of TAUB & GELLER, Respondents. JULIUS GREENSPAN, Appellant, v. LEO TAUB et al., Copartners under the Name of TAUB & GELLER, Respondents.— Determinations unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARY E. LEE, Respondents, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 849.]

AIRLINES AMUSEMENT CORPORATION, Respondent, v. PARK BELMONT CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with